UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. BRENDA SMITH,<br><br>                Plaintiff,<br><br>        v.<br><br>VIR BIOTECHNOLOGY, INC.,<br><br>                Defendant. | Case No. 3:25-cv-09682-TSH<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Magistrate Judge Thomas S. Hixson<br><br>Complaint Filed:   October 1, 2025<br>Action Removed:  November 10, 2025 |

**ORDER**

The Court hereby grants Defendant's request to remove the incorrectly filed Initial Disclosure at Document No. 16.

**IT IS SO ORDERED.**

Dated: December 17, 2025

_____

Hon. Thomas S. Hixson

322405558v.1