Qiaojing Ella Zheng (CSB No. 294608)
qzheng@sanfordheisler.com
SANFORD HEISLER SHARP MCKNIGHT, LLP
300 Hamilton Avenue, 5th Floor
Palo Alto, CA 94301
Telephone: 650-547-5991

Sarah Chu (*pro hac vice*)
schu@sanfordheisler.com
SANFORD HEISLER SHARP MCKNIGHT, LLP
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: 202-499-5223

Attorneys for Plaintiff
BRENDA SMITH

SEYFARTH SHAW LLP
Ryan McCoy (SBN 276026)
rmccoy@seyfarth.com
Carrie L. Daughters (SBN 184748)
cdaughters@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
VIR BIOTECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. BRENDA SMITH,<br><br>    Plaintiff,<br><br>    vs.<br><br>VIR BIOTECHNOLOGY, INC.,<br><br>    Defendant. | Case No.: 3:25-cv-09682-TSH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE** |

IT IS HEREBY JOINTLY STIPULATED between the parties, Plaintiff Dr. Brenda Smith ("Plaintiff") on the one hand, and Defendant Vir Biotechnology, Inc. ("Defendant") on the other hand (collectively, the "Parties"), that the deadline to mediate this matter be continued from May 13, 2026 to August 13, 2026. This joint stipulation is based upon the following facts:

WHEREAS, on February 12, 2026, the Court entered a Case Management Order, requiring that the Parties participate in mediation within 90 days;

WHEREAS, on February 19, 2026, the Court appointed Katherine Catlos as the mediator;

324071036v.1

WHEREAS, on March 10, 2026, the Parties attended a pre-mediation phone conference with the mediator;

WHEREAS, the Parties have conferred and agreed that additional time is needed to complete initial discovery, document production, and depositions in order have a meaningful mediation;

THEREFORE, IT IS JOINTLY STIPULATED between the Parties that the mediation deadline be continued from May 13, 2026 to August 13, 2026.

DATED: May 12, 2026                          Respectfully submitted,

SEYFARTH SHAW LLP


By: /s/ Ryan McCoy
    Ryan McCoy
    Carrie L. Daughters
    Attorneys for Defendant
    VIR BIOTECHNOLOGY, INC.


DATED: May 12, 2026                          Respectfully submitted,

SANFORD HEISLER SHARP MCKNIGHT, LLP


By: /s/ Qiaojing Ella Zheng
    Qiaojing Ella Zheng
    Sarah Chu (*pro hac vice*)
    Attorneys for Plaintiff
    DR. BRENDA SMITH

I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.

/s/ Ryan McCoy
Ryan McCoy

2

324071036v.1

## [PROPOSED] ORDER

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED:**

The Court finds good cause for the Parties' request and hereby orders the deadline for the Parties to complete private mediation is continued to August 13, 2026.

DATED:  May 12, 2026_____          By_____

HON. THOMAS S. HIXSON
United States Magistrate Judge

3

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE