Qiaojing Ella Zheng (CSB No. 294608)
qzheng@sanfordheisler.com
SANFORD HEISLER SHARP MCKNIGHT, LLP
300 Hamilton Avenue, 5th Floor
Palo Alto, CA 94301
Telephone: 650-547-5991

Sarah Chu (*pro hac vice*)
schu@sanfordheisler.com
SANFORD HEISLER SHARP MCKNIGHT, LLP
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: 202-499-5223

Attorneys for Plaintiff
BRENDA SMITH

SEYFARTH SHAW LLP
Ryan McCoy (SBN 276026)
rmccoy@seyfarth.com
Carrie L. Daughters (SBN 184748)
cdaughters@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
VIR BIOTECHNOLOGY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

DR. BRENDA SMITH,

Plaintiff,

vs.

VIR BIOTECHNOLOGY, INC.,

Defendant.

Case No.: 3:25-cv-09682-TSH

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING MEDIATION DEADLINE**

IT IS HEREBY JOINTLY STIPULATED between the parties, Plaintiff Dr. Brenda Smith ("Plaintiff") on the one hand, and Defendant Vir Biotechnology, Inc. ("Defendant") on the other hand (collectively, the "Parties"), that the deadline to mediate this matter be continued from August 13, 2026 to November 30, 2026. This joint stipulation is based upon the following facts:

WHEREAS, by Order dated May 12, 2026, the Court ordered the Parties to complete private mediation with Katherine Catlos by August 13, 2026;

WHEREAS, the Parties conferred and agreed that additional time is needed to complete initial discovery, document production, and depositions in order have a meaningful mediation;

WHEREAS, mediator Katherine Catlos's first available dates are in November 2026.

WHEREAS, the Parties are in the process of scheduling a mediation with Katherine Catlos in November 2026.

THEREFORE, IT IS JOINTLY STIPULATED between the Parties that the mediation deadline be continued from August 13, 2026 to November 30, 2026.

DATED: August 13, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Ryan McCoy
Ryan McCoy
Carrie L. Daughters
Attorneys for Defendant
VIR BIOTECHNOLOGY, INC.

DATED: August 13, 2026

Respectfully submitted,

SANFORD HEISLER SHARP MCKNIGHT, LLP

By: /s/ Sarah Chu
Qiaojing Ella Zheng
Sarah Chu (*pro hac vice*)
Attorneys for Plaintiff
DR. BRENDA SMITH

I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.

/s/ Ryan McCoy
Ryan McCoy

# ~~[PROPOSED]~~ ORDER

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED:**

The Court finds good cause for the Parties' request and hereby orders the deadline for the Parties to complete private mediation is continued to November 30, 2026.

DATED: _August 14, 2026__________

By______________________________
HON. THOMAS S. HIXSON
United States Magistrate Judge