Qiaojing Ella Zheng (CSB No. 294608)
qzheng@sanfordheisler.com
SANFORD HEISLER SHARP MCKNIGHT, LLP
300 Hamilton Avenue, 5th Floor
Palo Alto, CA 94301
Telephone: 650-547-5991

Sarah Chu (*pro hac vice*)
schu@sanfordheisler.com
SANFORD HEISLER SHARP MCKNIGHT, LLP
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: 202-499-5223

Attorneys for Plaintiff
BRENDA SMITH

SEYFARTH SHAW LLP
Ryan McCoy (SBN 276026)
rmccoy@seyfarth.com
Carrie L. Daughters (SBN 184748)
cdaughters@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
VIR BIOTECHNOLOGY, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DR. BRENDA SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>VIR BIOTECHNOLOGY, INC.,<br><br>Defendant. | Case No.: 3:25-cv-09682-TSH<br><br>**JOINT STIPULATION AND ORDER AS MODIFIED BY THE COURT CONTINUING DISCOVERY DEADLINE** |

IT IS HEREBY JOINTLY STIPULATED between the parties, Plaintiff Dr. Brenda Smith ("Plaintiff") and Defendant Vir Biotechnology, Inc. ("Defendant") (collectively, the "Parties"), that the following deadlines be continued:

- Close of Fact Discovery: continued from September 22, 2026 to November 23, 2026.
- Disclosure of Expert Witnesses: continued from October 22, 2026 to December 22, 2026.
- Disclosure of Rebuttal Expert Witnesses: continued form November 19, 2026 to January 19, 2027.
- Close of Expert Discovery: continued from December 17, 2026 to February 17, 2027.

- Deadline to File Dispositive Motions: continued from January 14, 2027 to March 15, 2027.
- Hearing on Dispositive Motions: continued from February 18, 2027 to ~~April 19, 2027~~ April 22, 2027.

This joint stipulation is based upon the following facts:

WHEREAS, pursuant to the Case Management Order dated February 12, 2026, the Parties are to complete the discovery and motions according to the dates above;

WHEREAS, the Parties are in the process of finishing up discovery in advance of mediation scheduled with Katherine Catlos on November 16, 2026. Additional time is required to depose remaining key witnesses and complete pending documentation production without prejudicing either party.

WHEREAS, the Parties conferred and agreed that additional time is needed to complete discovery, document production, and depositions in order have a meaningful mediation, which is currently in discussions with the mediator;

WHEREAS, the Parties require adequate time to file dispositive motions after the close of discovery if the case does not resolve at mediation; and

WHEREAS, this extension will not affect the current trial date set for July 6, 2027.

THEREFORE, IT IS JOINTLY STIPULATED between the Parties that the deadline be continued as specified above.

///

///

///

///

///

///

///

///

///

DATED: September 22, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Ryan McCoy
Ryan McCoy
Carrie L. Daughters
Attorneys for Defendant
VIR BIOTECHNOLOGY, INC.

DATED: September 22, 2026

Respectfully submitted,

SANFORD HEISLER SHARP MCKNIGHT, LLP

By: /s/ Qiaojing Ella Zheng
Qiaojing Ella Zheng
Sarah Chu (*pro hac vice*)
Attorneys for Plaintiff
DR. BRENDA SMITH

I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.

/s/ Ryan McCoy
Ryan McCoy

**ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED:**

The Court finds good cause for the Parties' request and hereby orders the deadlines are continued as specified in the Stipulation.

DATED: September 23, 2026_

By______________________________
HON. THOMAS S. HIXSON
United States Magistrate Judge